An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

**FILED**

FEB 06 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

IN THE MATTER OF DISCIPLINE OF
ALAYNE M. OPIE, BAR NO. 12623

No. 67072

*ORDER APPROVING DISCIPLINARY PANEL'S
RECOMMENDATION AND GRANTING MOTION TO SEAL*

This is a petition by bar counsel filed pursuant to SCR 111(4) regarding attorney Alayne M. Opie. The petition is supported by documentation indicating that on April 22, 2014, in Las Vegas Township Justice Court, Opie entered a plea of *nolo contendere* to one count of DUI and one count of operating a motor vehicle without security, but the final adjudication was deferred until Opie met certain conditions. Opie successfully completed the court-ordered conditions, including providing proof of insurance, and on July 21, 2014, the court adjudged Opie guilty of the lesser offense of reckless driving. The court dismissed the charge of operating a motor vehicle without security. Opie timely reported this conviction to bar counsel pursuant to SCR 111(2).

The petition is further supported by documentation indicating that, pursuant to SCR 111(4), bar counsel investigated this matter, which was presented to a screening panel of the Southern Nevada Disciplinary Board with a recommendation that Opie be placed in the diversion program pursuant to SCR 105.5 for a period of one year, subject to conditions. Finally, the petition is supported by documentation indicating that the panel agreed with the recommendation that Opie be placed in the

SUPREME COURT
OF
NEVADA

(O) 1947A

15-03960

diversion program for one year, and that as a result, Opie and bar counsel entered into a diversion agreement.

Having reviewed the petition and the panel's recommendation, we hereby approve the recommendation that Opie be placed in the diversion program for one year, subject to conditions. SCR 111(4), (9). We decline to impose a temporary suspension at this time. SCR 111(9).

Along with the petition, bar counsel filed a motion to seal the diversion program consent agreement. The diversion program consent agreement is attached to the petition as Exhibit 4. Cause appearing, we grant the motion. We direct the clerk of this court to detach the diversion program consent agreement from the petition, Exhibit 4, and file it separately, under seal, in this matter.

It is so ORDERED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc: David A. Clark, Bar Counsel
Jeffrey Albregts, Chair, Southern Nevada Disciplinary Board
Kimberly Farmer, Executive Director, State Bar of Nevada
Alayne M. Opie

SUPREME COURT
OF
NEVADA

(O) 1947A